gato la parte apelante antes de la vista de la moción. Abogado de los apelantes: *Sr. Francisco Parra Capó.* Abogado del apelado: *Sr. Ramón Dapena.*

---

No. 131. HERNÁNDEZ, PETICIONARIO, *v.* FOOTE, JUEZ DE DISTRITO, DEMANDADO.—Solicitud para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de Mayagüez. Resuelto en noviembre 10, 1914. Denegada la solicitud. El peticionario compareció por escrito en nombre propio. El demandado no compareció.

---

No. 1234. CABRER, DEMANDANTE Y APELADO, *v.* BLANCH, DEMANDADO Y APELANTE.—Apelación procedente de la Corte de Distrito de Mayagüez, en un caso sobre cobro de cantidad de dinero. Moción de la parte apelada con la conformidad de la apelante para que se desestime la apelación. Resuelto en noviembre 11, 1914. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado del apelante: *Sr. Luis Janer Landrón.* Abogado del apelado: *Sr. José Sabater.*

---

No. 733. EL PUEBLO, DEMANDANTE Y APELANTE, *v.* FAJARDO, ACUSADO Y APELADO.—Apelación procedente de la Corte de Distrito de Mayagüez en causa por infracción de la ley de rentas internas. Moción del apelante desistiendo de la apelación. Resuelto en noviembre 12, 1914. Se tiene al apelante por desistido de dicha apelación. Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.* El apelado no compareció.

---

No. 134. HERNÁNDEZ, PETICIONARIO, *v.* FOOTE, JUEZ DE DISTRITO, DEMANDADO.—Solicitud para que se expida manda-